IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                          Civil No. 1:09-CV-10022

WARSAW WILLIAMS                                                                       DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed April 7, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 37.  Judge Bryant recommends that Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S. C. § 2255 (ECF No. 34) be granted.  Judge Bryant further recommends that Defendant be re-sentenced to a term of 151 months imprisonment.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S. C. § 2255 (ECF No. 34) is **GRANTED**.  Defendant's sentence should be reduced to 151 months imprisonment.  An amended judgment shall issue.

      **IT IS SO ORDERED**, this 23rd day of June, 2014.

      /s/ Harry F. Barnes
      Harry F. Barnes
      United States District Judge