IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**UNITED STATES OF AMERICA**                                                                                   **RESPONDENT**

v.                                                           No. 1:09-cr-10022

**WARSAW WILLIAMS**                                                                                              **MOVANT**

## ORDER

Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF No. 54. The Court has reviewed the Motion and finds the Government should respond.

**IT IS HEREBY ORDERED** that the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion within sixty (60) days of the date of this Order. The Government is directed to address the issue of the timeliness of the Motion in its response, if necessary.

**ENTERED** this **22nd day of June 2016.**

                                                    /s/ Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE