**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

**UNITED STATES OF AMERICA**                                                          **RESPONDENT**

**v.**                      **Criminal No. 1:09-CR-10022-001
Civil No. 1:16-CV-1055**

**WARSAW WILLIAMS**                                                          **MOVANT**

## ORDER

Movant, a defendant in this criminal matter, confined to the Federal Bureau of Prisons, Beaumont, Texas, has filed a Notice of Dismissal (ECF No. 59) of his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. ECF No. 54. He seeks dismissal without prejudice. The Motion to Vacate had been previously stayed pending the decision of the United States Supreme Court in *Beckles v. United States*, ___ U.S. ___, 2017 W.L. 855781 (March 6, 2017).

The Government has not responded to the Motion to Vacate and therefore dismissal is proper pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). Movant's Notice of Dismissal is proper and the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 54) is **DISMISSED** without prejudice.

**ENTERED this 28th day of March 2017.**

                                                                           /s/ Susan O. Hickey
                                                                           HON. SUSAN O. HICKEY
                                                                           UNITED STATES DISTRICT JUDGE